In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO.  09-12-00464-CV

IN THE INTEREST OF A.K.M., J.D.M., AND D.M.M.

_____

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. F-201,904-H**

_____

## ORDER

The court reporter's record was due March 25, 2013.  The parties dispute the accuracy of documents the trial court admitted as Petitioner's Exhibits 1 through 208 in a trial held on January 3, 2012.  *See* Tex. R. App. P. 34.6(e)(1).  The trial court must settle the dispute. *See* Tex. R. App. P. 34.6(e)(2).

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for a hearing to settle the dispute. Tex. R. App. P. 34.6(e)(2).  If an exhibit is lost or destroyed, the trial court may determine whether the exhibit may be replaced with a copy determined by the trial court to accurately

duplicate with reasonable certainty the original exhibit. *See* Tex. R. App. P. 35.6(f)(4). A supplemental clerk's record, which shall include any orders and findings by the trial court, shall be filed with the Court of Appeals by May 13, 2013. The supplemental reporter's record, which shall include any hearings conducted by the trial court pursuant to this order and the remainder of the reporter's record of the trial, shall be filed with the Court of Appeals by May 13, 2013. All appellate timetables are suspended while the case is before the trial court.

ORDER ENTERED April 11, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.